

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,747-01

**EX PARTE JESUS ALEJANDRO, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2019CR2683W-W1 IN THE 399TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears to be incomplete.

The trial court's findings state, "On July 30, 2020, trial counsel Eduardo Garcia submitted an affidavit to the court in response to Applicant's allegations of ineffective assistance of counsel

(Attachment 1)." *See* Habeas Record at 56-57, 60. The referenced affidavit, however, is not included in the habeas record forwarded to this Court.

The district clerk shall either forward to this Court trial counsel's affidavit dated July 30, 2020, or certify in writing that this affidavit is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: September 16, 2020
Do not publish